**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re Robin M. Miller,** | : | Chapter 13 |
| | : | |
| Debtor. | : | Case No. 19-12934 (JFK) |

# ORDER

AND NOW, upon consideration of the Motion to Dismiss and Bar Order (doc. no 10, "the Motion"), and the request for an expedited hearing thereon, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **DENIED.**

2. Moving counsel shall schedule a hearing to consider the Motion in the normal course of business.

3. If this Bankruptcy Case is dismissed prior to the hearing on the Motion, the court retains jurisdiction to consider and grant relief regarding the Motion.

Dated: May 10, 2019

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge