**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | **Chapter 13** |
| **ROBIN M. MILLER** | : | |
| Debtor. | : | Case No.  **19-12934-JKF** |

# ORDER

AND NOW, it is hereby **ORDERED** that:

1. This bankruptcy case is dismissed for failure to timely file the documents required by the Order dated May 7, 2019.

2. The bankruptcy case shall <u>remain open</u> and the Court will retain jurisdiction to consider the Motion filed and docketed as **Docket Entry #10.**  A hearing on the *Motion for Relief from Stay re: 2034 Lansing Street, Philadelphia, PA. 19152 in addition to Motion for Relief from Co-Debtor Stay Filed by U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency* shall be held on **June 12, 2019, at 9:30a.m., in Bankruptcy Courtroom #3,** Robert N.C. Nix, Sr., Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

**Date: May 21, 2019**

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge