United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-12934-jkf
Robin M. Miller                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW            Page 1 of 2             Date Rcvd: May 21, 2019
                              Form ID: pdf900           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2019.
```
db              +Robin M. Miller,    2034 Lansing Street,    Philadelphia, PA 19152-3610
14320668        +AR Resources, Inc.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14320644         Customer Portfolio Services,    P.O. Box 57071,    Irvine,
14320660        +HR Physician Services,    P.O. Box 8500 Box 4081,    Philadelphia, PA 19178-8500
14320667        +HR Physicians Services,    P.O. Box 8500, Box # 4081,    Philadelphia, PA 19178-8500
14320661        +Holy Redeemer Health System,    P.O. Box 8500,    Philadelphia, PA 19178-8500
14320665        +Holy Redeemer Health System,    P.O. Box 8500-2900,    Philadelphia, PA 19178-0001
14320653        +Holy Reedeemer,    P.O. Box 8500,    Philadelphia, PA 19178-8500
14320646        +MRS Associates,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
14320645        +PA Housing Finance Agency,    211 N. Front Street,    Philadelphia, PA 19106
14324290        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
14320651        +The Childrens Hospital of Philadelphia,    Lockbox #8017, P.O. Box 8500,
                  Philadelphia, PA 19178-0001
14323745        +U.S. Bank National Association, Trustee for the P,    c/o REBECCA ANN SOLARZ,
                  KML Law Group, P.C.,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov May 22 2019 03:01:16     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2019 03:00:40
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2019 03:01:08      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14320654        +E-mail/Text: legal@arsnational.com May 22 2019 03:00:33      ARS National Services, Inc.,
                  P.O. Box 469046,    Escondido, CA 92046-9046
14320669        +E-mail/Text: bkrpt@retrievalmasters.com May 22 2019 03:00:55
                  American Medical Collection Agency,    P.O. Box 1235,    Elmsford, NY 10523-0935
14320652        +E-mail/Text: clientrep@capitalcollects.com May 22 2019 03:01:47     Capital Collection Service,
                  P.O. Box 150,    West Berlin, NJ 08091-0150
14320657        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2019 03:02:05      Capital One,
                  P.O. Box 30285,    Salt Lake City, UT 84130-0285
14320648        +E-mail/Text: bankruptcy_notifications@ccsusa.com May 22 2019 03:01:44
                  Credit Collection Services,    725 Canton Street,    Norwood, MA 02062-2679
14320647        +E-mail/Text: bknotice@ercbpo.com May 22 2019 03:00:59      ERC,   P.O. Box 23870,
                  Jacksonville, FL 32241-3870
14320664        +E-mail/Text: Harris@ebn.phinsolutions.com May 22 2019 03:01:48      Harris & Harris, Ltd,
                  111 West Jackson Blvd, Suite 400,    Chicago, IL 60604-4135
14320656        +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2019 03:00:55     Midland Credit Management, Inc.,
                  8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
14321144        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 03:02:05      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14321787        +E-mail/PDF: gecsedi@recoverycorp.com May 22 2019 03:02:49      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14320655*       +ARS National Services, Inc.,   P.O. Box 469046,    Escondido, CA 92046-9046
14320658*       +Capital Collection Service,   P.O. Box 150,    West Berlin, NJ 08091-0150
14320659*       +Capital Collection Service,   P.O. Box 150,    West Berlin, NJ 08091-0150
14320662*       +Capital Collection Service,   P.O. Box 150,    West Berlin, NJ 08091-0150
14320663*       +Capital Collection Service,   P.O. Box 150,    West Berlin, NJ 08091-0150
14320666*       +Capital Collection Service,   P.O. Box 150,    West Berlin, NJ 08091-0150
14320650       ##+Monarch Recovery Management, Inc.,    P.O. Box 21089,    Philadelphia, PA 19114-0589
14320649       ##+Sure Recovery Service,   P.O. Box 818,    Jackson, NJ 08527-0818
                                                                                   TOTALS: 0, * 7, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2           User: ChrissyW              Page 2 of 2                   Date Rcvd: May 21, 2019
                               Form ID: pdf900             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2019 at the address(es) listed below:
              DAVID J. AVERETT    on behalf of Debtor Robin M. Miller averettlaw@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, Trustee for the
               Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | **Chapter 13** |
| **ROBIN M. MILLER** | : | |
| Debtor. | : | Case No.   **19-12934-JKF** |

## ORDER

AND NOW, it is hereby **ORDERED** that:

1. This bankruptcy case is dismissed for failure to timely file the documents required by the Order dated May 7, 2019.

2. The bankruptcy case shall <u>remain open</u> and the Court will retain jurisdiction to consider the Motion filed and docketed as **Docket Entry #10.** A hearing on the *Motion for Relief from Stay re: 2034 Lansing Street, Philadelphia, PA. 19152 in addition to Motion for Relief from Co-Debtor Stay Filed by U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency* shall be held on **June 12, 2019, at 9:30a.m., in Bankruptcy Courtroom #3,** Robert N.C. Nix, Sr., Federal Building & Courthouse, 900 Market Street, 2nd Floor, Philadelphia, Pennsylvania.

**Date: May 21, 2019**

HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge