### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robin M. Miller<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　　Movant<br>　　vs. | NO. 19-12934 JKF |
| Robin M. Miller<br>　　　　　　　Debtor(s)<br><br>David J. Miller<br>　　　　　　　Co-Debtor<br><br>Scott Waterman<br>　　　　　　　Trustee | 11 U.S.C. Sections 362, 105, 1307 & 1301 |

**ORDER**

AND NOW, this 19th day of June, 2019, upon consideration of the Motion of U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency to Dismiss the Bankruptcy Case of Robin M. Miller, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency is hereby granted in rem relief from the automatic stay ~~to proceed with the exercise of all its rights and remedies~~ with respect to the real property located at 2034 Lansing Street, Philadelphia, PA 19152 ("Property"); and it is hereby

FURTHER ORDERED AND DECREED that ~~both the Debtor is hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order, and it is hereby FURTHER ORDERED AND DECREED that~~ the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Robin M. Miller
2034 Lansing Street
Philadelphia, PA 19152

David J. Miller
2034 Lansing Street
Philadelphia, PA 19152

David J. Averett Esq.
7719 Castor Avenue
Philadelphia, PA 19152

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532