United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robin M. Miller  
     Debtor

Case No. 19-12934-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Jun 19, 2019  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.  
db            +Robin M. Miller,    2034 Lansing Street,    Philadelphia, PA 19152-3610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:  
         DAVID J. AVERETT    on behalf of Debtor Robin M. Miller averettlaw@comcast.net  
         REBECCA ANN SOLARZ    on behalf of Creditor   U.S. Bank National Association, Trustee for the  
          Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                               TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Robin M. Miller | Debtor(s) | CHAPTER 13 |
| U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY | Movant | NO. 19-12934 JKF |
| vs. | | |
| Robin M. Miller | Debtor(s) | 11 U.S.C. Sections 362, 105, 1307 & 1301 |
| David J. Miller | Co-Debtor | |
| Scott Waterman | Trustee | |

**ORDER**

AND NOW, this 19th day of June, 2019, upon consideration of the Motion of U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency to Dismiss the Bankruptcy Case of Robin M. Miller, pursuant to 11 U.S.C. §§ 105 and 1307(c), or in the alternative for relief from the automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301(c), and any response thereto, it is hereby:

ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and this case is DISMISSED; and it is hereby

FURTHER ORDERED AND DECREED that the Motion be, and it is hereby, GRANTED and U.S. Bank National Association, Trustee for the Pennsylvania Housing Finance Agency is hereby granted in rem relief from the automatic stay to proceed with the exercise of all its rights and remedies with respect to the real property located at 2034 Lansing Street, Philadelphia, PA 19152 ("Property); and it is hereby

FURTHER ORDERED AND DECREED that both the Debtor is hereby prohibited from filing another bankruptcy case for a period of one year from the date of the entry of this Order, and it is hereby FURTHER ORDERED AND DECREED that the automatic stay shall not apply to the Property for a period of one year from the date of this Order.

_____
United States Bankruptcy Judge.

Robin M. Miller
2034 Lansing Street
Philadelphia, PA 19152

David J. Miller
2034 Lansing Street
Philadelphia, PA 19152

David J. Averett Esq.
7719 Castor Avenue
Philadelphia, PA 19152

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532